UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FIRST-CITIZENS BANK & TRUST )<br>COMPANY, )<br>)<br>    Defendant. )<br>_____ ) | Case No: 0:14-cv-62716-DPG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Hawk Technology Systems, LLC, and Defendant, First-Citizens Bank & Trust Company, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulate that all claims asserted in this action are hereby dismissed with prejudice.

WHEREFORE, the parties respectfully request that this Court enter an order dismissing with prejudice all of Plaintiff's claims against the Defendant, with each party to bear its own attorneys' fees and costs incurred in this action.

Consistent herewith the parties consent to the Court having its case closed for administrative purposes.

| | |
|---|---|
| Angela M. Lipscomb, Esq.<br>**Lipscomb, Eisenberg & Baker, PL**<br>2 South Biscayne Boulevard<br>Penthouse 3800<br>Miami, FL 33131<br>Tel: (783) 431-2228<br>Fax: (786) 431-2229<br>Email: alipscomb@lebfirm.com<br>Florida Bar: 31111<br>*Attorneys for Plaintiff* | Eleanor T. Barnett<br>**Heller Waldman, P.L.**<br>3250 Mary Street, Suite 102<br>Coconut Grove, Florida 33133<br>Tel: 305-448-4144<br>Fax: 305-448-1455<br>E-Mail: ebarnett@hellerwaldman.com<br>Fla. Bar No. 0355630<br>*Attorneys for Defendant* |
| By: **/s/ *Angela M. Lipscomb*** | By: **/s/ *Eleanor T. Barnett*** |